## CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Adamarys De La Cruz Alvarez**<br>DOB: 1999; United States Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>24-06905MJ |

| Complaint for violation of Title 18, United States Code, § 554(a) |
|---|

On or about November 1, 2024, in the District of Arizona, **Adamarys De La Cruz Alvarez** knowingly and fraudulently exported and sent from the United States, and attempted to export and send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, and received, concealed, bought, sold, and in any manner facilitated the transportation, concealment, and sale of such merchandise, article or object, that is: 5,000 rounds of 5.56 caliber ammunition, knowing the same to be intended for exportation contrary to any law or regulation of the United States, to wit: Title 50, United States Code, Section 4819; Title 15, Code of Federal Regulations, Parts 736.2, 738, and 774; all in violation of Title 18, United States Code, Section 554(a).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On November 1, 2024, **Adamarys De La Cruz Alvarez** attempted to exit the United States and enter the Republic of Mexico through the Mariposa Port of Entry in Nogales, Arizona. Customs and Border Protection Officers (CBPOs) were conducting outbound inspections when they stopped **Adamarys De La Cruz Alvarez**, who was the driver, sole occupant, and registered owner of a black 2022 Jeep Compass bearing AZ license plate number 7CA8RP. CBPOs asked **De La Cruz Alvarez** if she had any weapons, ammunition, or currency more than $10,000 dollars to declare. **De La Cruz Alvarez** stated that she did not. CBPOs conducted an inspection of the vehicle and discovered 5,000 rounds of 5.56 ammunition, which was concealed inside of blankets and luggage.

In a post-*Miranda* interview, and with the assistance of a Spanish-speaking CBPO translator, **De La Cruz Alvarez** admitted to HSI SA Stathakis to knowing there was bulk ammunition concealed within her vehicle. **De La Cruz Alvarez** admitted that she had previously illegally exported ammunition through the Port of Entry on Tuesday, October 22, 2024. **De La Cruz Alvarez** stated she knew exporting ammunition was illegal and that she did not have any form of license that would allow her to legally import or export ammunition. **De La Cruz Alvarez** admitted she was going to be paid approximately $500 for this trip.

The ammunition found in the vehicle qualify as a United States Commerce Control List item and therefore is prohibited by law for export from the United States into Mexico without a valid license.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:   N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED BY AUSA *R. Arellano*   RAQUEL ARELLANO   Digitally signed by RAQUEL ARELLANO Date: 2024.11.04 08:37:09 -07'00' | SIGNATURE OF COMPLAINANT<br>NICHOLAS G STATHAKIS   Digitally signed by NICHOLAS G STATHAKIS Date: 2024.11.04 09:06:52 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>HSI Special Agent Nicholas Stathakis |

**Sworn by telephone  x**

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>November 4, 2024 |
|---|---|

[1]    See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**



**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**

